UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff           )<br>                                )<br>vs.                           )<br>                                )<br>HERIBERTO APODACA - SANCHEZ )<br>        Defendant(s)      )<br>_____ ) | CRIMINAL NO. 08CR78-JM<br>                     07mj2987<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

PEDRO ITURBIDE - GALLARDO

DATED: 1/10/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  J. Jarabek
        Deputy Clerk

J. JARABEK